# CRANE v. FISH.

## December 12, 1837.

*Rule to show cause of action, and why defendant should not be discharged on common bail.*

An affidavit to hold to bail, averring " that the defendant is justly and truly indebted to the plaintiff, in the sum of —— dollars, for work, labour, and materials, done and furnished," is insufficient.

THE affidavit did not aver that the work was done, or the materials furnished, either at the *request of*, or *to*, or *for the defendant*.

[Crane v. Fish.]

THE COURT made the rule absolute, and discharged the defendant on common bail.

See the index, as to cases on affidavits to hold to bail, reported in this volume.